**Appeal Dismissed and Memorandum Opinion filed June 6, 2019.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-19-00290-CV

---

### JULES  JOHNSON, Appellant

### V.

### MANA  MRI, Appellee

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1106838**

---

### MEMORANDUM  OPINION

This is an appeal from a judgment signed March 8, 2019. The notice of appeal was filed April 8, 2019.

No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant did not make arrangements to pay for the record. On May 7, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Further, our records show appellant has not paid the appellate filing fee, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207. On May 7, 2019, this court ordered appellants to pay the appellate filing fee by May 22, 2019, or the appeal would be dismissed. The filing fee has not been paid.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Justices Christopher, Bourliot, and Zimmerer.